STATE OF INDIANA

# INDIANA STATE POLICE

INDIANA GOVERNMENT CENTER NORTH
100 NORTH SENATE AVENUE

INDIANAPOLIS, INDIANA 46204-2259

www.in.gov/isp
1550 E. 181st Avenue
Lowell, Indiana 46356

October 2, 2018

Attorney James J. Shea Sr.
HUNT SUEDHOFF KALAMAROS LLP
803 South Calhoun Street, Suite 900
Fort Wayne, Indiana 46802

RE:    Request for Production – Rose v. Birch Tree Holdings, LLC and Joshua Ayres
       United States District Court – Northern District of Indiana - Case 2:18-cv-00197-JTM-JEM
       Your File: *DONBIR*

Dear Attorney Shea,

This letter is in response to your request regarding the above-mentioned case, a copy of which is enclosed herewith. You had requested any and all investigative records regarding the fire loss on November 21, 2016.

I spoke with your office last week, and explained that this was an ongoing investigation involving the death of four individuals. We discussed that some of the material was crucial to the ongoing criminal investigation, and the Indiana State Police's interest in preventing disclosure of law enforcement techniques and procedures, preserving the confidentiality of sources, protecting witness and law enforcement personnel, safeguarding the privacy of individuals involved in an investigation, and otherwise to prevent interference with the investigation and any subsequent prosecution. You had agreed to a few additional days for the investigators to comb through the documentation and determine what information could be released without harm to the investigation.

After that review, I am including Indiana State Police report 16ISPC012144 and attachments, along with a compact disc containing photographs. The cost to the Indiana State Police Department for providing the requested items is $15.00 for the photograph CD and 176 pages at $0.15/page. Please remit a check or draft in the amount of $41.40 payable to the Indiana State Police to:

       Indiana State Police
       Attention: Lieutenant Susan Dean, Legal Office
       100 North Senate Avenue
       Indianapolis, IN 46204-2259

Please do not hesitate to contact us if we can be of further assistance.

Sincerely,

Peter B. Wood, Lieutenant

INTEGRITY ♦ SERVICE ♦ PROFESSIONALISM

**Exhibit B**

| | Date | Author(s) | Reccipient(s) | Nature of Document |
|---|---|---|---|---|
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |

| | | | | |
|---|---|---|---|---|
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/23/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/23/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/23/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/21/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Property record and receip |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Diagram |

| | | | | |
|---|---|---|---|---|
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 12/8/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 12/23/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/1/2017-3/ | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/2/2017-3/ | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 1/3/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 1/17/2017; | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/30/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/30/2017; 3 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/31/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |

| | | | | |
|---|---|---|---|---|
| | 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 11/21/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Property record and receip |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Property record and receip |
| | 12/15/2016 | Raymond J. Kuk | Special Agent Kevin Whitaker, BATFE | US DOJ - BATFE Forensic Laboratory Report |
| | 11/21/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Case Summary |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | 12/2/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |

| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
|---|---|---|---|---|
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | | | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |

| | | | |
|---|---|---|---|
| | 11/21/2016 | Allen Shelby | Unknown | Sign-in Sheet |
| | 11/21/2016 | Kevin Sommers | Unknown | Sign-in Sheet |
| | 11/21/2016 | Chris Fisher | Unknown | Sign-in Sheet |
| | 11/21/2016 | Phil Cable | Unknown | Sign-in Sheet |
| | 11/21/2016 | Chris Fisher | Unknown | Sign-in Sheet |
| | Unknown | BMV | Unknown | Official Image Record |
| | 3/20/2017 | Unknown | Unknown | Check Copy |
| | 3/14/2017 | Unknown | Unknown | Check Copies |
| | 11/21/2016 | Unknown | Unknown | Bank Account Agreement |
| | 11/21/2016 | Unknown | Unknown | Bank Account Agreement |
| | 11/21/2016 | Unknown | Unknown | Bank Account Agreement |
| | 11/21/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Property record and receip |
| | 12/15/2016 | Raymond J. Kuk | Special Agent Kevin Whitaker, BATFE | Lab report |

| Description of Contents | Privilege | Bates | |
|---|---|---|---|
| Area of origin of fire and type | Law Enforcement Investigatory | IDHS000010 | |
| DOB | Personal Information | IDHS000014 | |
| DOB and SSN | Personal Information | IDHS000016 | |
| DOB | Personal Information | IDHS000017 | |
| DOB and SSN | Personal Information | IDHS000018 | |
| DOB | Personal Information | IDHS000020 | |
| DOB and SSN | Personal Information | IDHS000021 | |
| DLN | Personal Information | IDHS000022 | |
| DOB | Personal Information | IDHS000027 | |
| DOB | Personal Information | IDHS000028 | |
| DOB | Personal Information | IDHS000029 | |
| DOB and SSN | Personal Information | IDHS000030 | |
| Photograph of one of the locations of the origin of the fire | Law Enforcement Investigatory | IDHS000036 | |
| Photograph of origin are cleaned up | Law Enforcement Investigatory | IDHS000037 | |

| | | | |
|---|---|---|---|
| Photograph of back of house | Law Enforcement Investigatory | IDHS000038 | |
| Photograph of are leading to back of house | Law Enforcement Investigatory | IDHS000039 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000040 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000041 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000042 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000043 | |
| Photograph inside home related to fire patterns | Law Enforcement Investigatory | IDHS000044 | |
| Photograph inside home related to fire patterns | Law Enforcement Investigatory | IDHS000045 | |
| Photograph inside home related to fire patterns | Law Enforcement Investigatory | IDHS000046 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000047 | |
| Photograph inside of home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000048 | |
| Photograph inside of home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000049 | |
| Documentation of description of evidence collected | Law Enforcement Investigatory | IDHS000058 | |
| diagram of home with origin of fire | Law Enforcement Investigatory | IDHS000073 | |

| | | | |
|---|---|---|---|
| DOB and information related to evidence of origin of fire | Law Enforcement Investigatory | IDHS000076 | |
| Information related to origin of fire | Law Enforcement Investigatory | IDHS000077 | |
| Information related to origin of fire, patterns and items used to start fire | Law Enforcement Investigatory | IDHS000078 | |
| Information related to origin of fire, and items used to start fire | Law Enforcement Investigatory | IDHS000079 | |
| Information related to K-9 alerting of origin of fire, and evidence collected | Law Enforcement Investigatory | IDHS000080 | |
| Witness statement regarding origin of fire and related evidence | Law Enforcement Investigatory | IDHS000082 | |
| Information regarding unrelated criminal investigation; information regarding search of property and evidence collection | Law Enforcement Investigatory | IDHS000083 | |
| Information and search regarding unrelated criminal investigation; debriefing about investigation updates | Law Enforcement Investigatory | IDHS000084 | |
| Witness statement regarding potential suspects; information about evidence results | Law Enforcement Investigatory | IDHS000086 | |
| Discussion about potential suspects and lab results of evidence; discussion of potential suspects and motives | Law Enforcement Investigatory | IDHS000087 | |
| Information from individuals regarding potential suspects and motive | Law Enforcement Investigatory | IDHS0000088 | |
| Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS000090 | |
| Witness statements regarding potential suspects and motives; name of minor | Law Enforcement Investigatory | IDHS000091 | |

| | | | |
|---|---|---|---|
| Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS000092 | |
| Discussion with other agencies regarding agency reports about unrelated criminal investigations | Law Enforcement Investigatory | IDHS000093 | |
| Documentation of description of evidence collected | Law Enforcement Investigatory | IDHS000110 | |
| Documentation of description of evidence collected | Law Enforcement Investigatory | IDHS000112 | |
| Lab report of evidence collected | Law Enforcement Investigatory | IDHS000113 | |
| Information regarding origin of fire | Law Enforcement Investigatory | IDHS000154 | |
| Potential suspect name | Law Enforcement Investigatory | IDHS000159 | |
| Information regarding potential suspect and motive | Law Enforcement Investigatory | IDHS000162 | |
| personal identifying information of individuals; information regarding suspect's alias | Law Enforcement Investigatory and Per | IDHS000165 | |
| diagram of home with information related to origin of fire | Law Enforcement Investigatory | IDHS000166 | |
| Diagram with information related to origin of fire | Law Enforcement Investigatory | IDHS000167 | |
| Personal identifying information of individuals | Personal Information | IDHS000169 | |
| Social security numbers of individuals | Personal Information | IDHS000170 | |
| Prescription numbers of medications | Personal Information | IDHS000171 | |

| | | | |
|---|---|---|---|
| Personal Identifying information of individuals | Personal Information | IDHS000172 | |
| Notes regarding area of origin of fire | Law Enforcement Investigatory | IDHS000174 | |
| Notes regarding area of origin of fire | Law Enforcement Investigatory | IDHS000175 | |
| Information regarding unrelated ongoing criminal investigation | Law Enforcement Investigatory | IDHS000177 | |
| Information regarding unrelated ongoing criminal investigation | Law Enforcement Investigatory | IDHS000178 | |
| Minor information; information related to potential suspects and evidence use to start fire | Law Enforcement Investigatory | IDHS000179 | |
| Observations of origin of fire | Law Enforcement Investigatory | IDHS000187 | |
| DOB | Personal Information | IDHS000189 | |
| Statement about potential motive | Law Enforcement Investigatory | IDHS000192 | |
| Notes about potential suspects | Law Enforcement Investigatory | IDHS000193 | |
| DOB | Personal Information | IDHS000194 | |
| Information regarding evidence located in house | Law Enforcement Investigatory | IDHS000198 | |
| Information of potential suspects, motives; personal identifying information of individual | Law Enforcement Investigatory | IDHS000201 | |
| Information of potential suspects, evidence; information regarding ongoing unrelated criminal investigation | Law Enforcement Investigatory | IDHS000202 | |

| | | | |
|---|---|---|---|
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000221 | |
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000234 | |
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000250 | |
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000285 | |
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000291 | |
| Personal identifying information of individual | Personal Information | IDHS000299 | |
| Bank Account number | Personal Information | IDHS000310 | |
| Bank Account number | Personal Information | IDHS000312 | |
| Personal identifying information of individuals | Personal Information | IDHS000313 | |
| Personal identifying information of individuals | Personal Information | IDHS000314 | |
| Personal identifying information of individuals | Personal Information | IDHS000315 | |
| Documentation of description of evidence collected | Law Enforcement Investigatory | IDHS000321 | |
| Lab report of evidence collected | Law Enforcement Investigatory | IDHS000324 | |