

STATE OF INDIANA
## OFFICE OF THE ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR
302 WEST WASHINGTON STREET ● INDIANAPOLIS, IN 46204-2770
www.AttorneyGeneral.IN.gov

**CURTIS T. HILL, JR.**
INDIANA ATTORNEY GENERAL

TELEPHONE: 317.232.6201
FAX: 317.232.7979

June 12, 2020

Ian P. Goodman
Paganelli Law Group
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
317.550.1855
ian@paganelligroup.com

***Re:*** ***Rose v. Birch Tree Holdings, LLC and Joshua Ayers***
**Case No.  2:18-cv-00197-JTM-JEM**

Dear Mr. Goodman,

Please find attached the response to your client's Request for Production of Documents. A copy of the responses have also been served via email. As you will note, contrary to your assertion and belief, this is an active ongoing investigation by the Indiana State Police. Included in the documents is a report conducted and compiled by a third-party, Michael A. Vergon, IAAI-CFI of Vergon Associates Fire Investigation, LLC. This report is not a product of the Indiana Department of Homeland Security nor the Indiana State Fire Marshal.

If you have any questions, please do not hesitate to contact me.

Best,

*Parvinder K. Nijjar*

Parvinder K. Nijjar

**Exhibit F**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| **GAYLIN ROSE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO.  2:18-cv-00197-JTM-JEM |
| | ) |
| **BIRCH TREE HOLDINGS, LLC and** | ) |
| **JOSHUA AYRES,** | ) |
| | ) |
| **Defendants.** | ) |

## INDIANA STATE FIRE MARSHALL RESPONSE TO
## DEFENDANT JOSHUA AYRES' REQUEST FOR PRODUCTION OF DOCUMENTS

The Indiana State Fire Marshall and Indiana Department of Homeland Security respond to Defendant Joshua Ayres' request for production of documents as follows:

### REQUEST FOR PRODUCTION OF DOCUMENTS TO NON-PARTY

Any and all investigative materials pertaining to a fire that occurred on November 21, 2016, at or near the premises/home located at 103 E. Columbia Street, Flora, IN 46929, which home was being occupied by Gaylin Rose and her four children, including but not limited to, office and field notes, police reports, witness statements, photographs, all tapes and recordings, drawings, any and all expert reports and files and notes contained within your file and any other documentation related to said fire loss.

**Response**: Objection. This request is overbroad and vague in that it requests "any and all investigative materials pertaining to a fire at or near the premises/home…" that it is difficult to ascertain the parameters of the Defendant's request. Without any search terms or parameters, searching for "any and all correspondence" would involve a massive investment of time and resources. This request includes documents that are subject to the investigatory privilege as an investigation in

to the matter is ongoing. *In re Sealed Case*, 856 F.2d 268, 271 (D.C. Cir. 1988). Nevertheless, but without

waiving any objections, the defendants are producing documents responsive to the request.

As to objections:

Date: June 12, 2020          By:     */s/ Parvinder K. Nijjar*
                                     Parvinder K. Nijjar
                                     Attorney No. 33811-41
                                     Deputy Attorney General
                                     OFFICE OF THE INDIANA ATTORNEY GENERAL
                                     Indiana Government Center South, 5th Floor
                                     302 West Washington Street
                                     Indianapolis, Indiana 46204-2770
                                     Phone: (317) 232-6201
                                     Fax:  (317) 232-7979
                                     Email: Parvinder.Nijjar@atg.in.gov

                                     *Counsel for Indiana Department of Homeland Security and*
                                     *Indiana State Fire Marshal*

| | Date | Author(s) | Receipient(s) | Nature of Document |
|---|---|---|---|---|
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |

| | | | | |
|---|---|---|---|---|
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/23/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/23/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/23/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/25/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph |
| | 11/21/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Property record and receipt |
| | 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Diagram |

| | | | | |
|---|---|---|---|---|
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 12/8/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 12/23/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/1/2017-3/ | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/2/2017-3/ | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 1/3/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 1/17/2017; | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/30/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/30/2017; 3 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |
| | 3/31/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative |

| | | | | |
|---|---|---|---|---|
| 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | | Investigative narrative |
| 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | | Investigative narrative |
| 11/21/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Property record and receip |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Property record and receip |
| 12/15/2016 | Raymond J. Kuk | Special Agent Kevin Whitaker, BATFE | US DOJ - BATFE Forensic Laboratory Report | |
| 11/21/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Case Summary |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Investigator Field Handwr |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Investigator Field Handwr |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Investigator Field Handwr |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Investigator Field Handwr |
| 12/2/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Investigator Field Handwr |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Investigator Field Handwr |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Investigator Field Handwr |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | | Investigator Field Handwr |

| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
|---|---|---|---|---|
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |
| | | | Indiana State Fire Marshal Investigation Division | Investigator Field Handwr |

| | | | | |
|---|---|---|---|---|
| | 11/21/2016 | Allen Shelby | Unknown | Sign-in Sheet |
| | 11/21/2016 | Kevin Sommers | Unknown | Sign-in Sheet |
| | 11/21/2016 | Chris Fisher | Unknown | Sign-in Sheet |
| | 11/21/2016 | Phil Cable | Unknown | Sign-in Sheet |
| | 11/21/2016 | Chris Fisher | Unknown | Sign-in Sheet |
| | Unknown | BMV | Unknown | Official Image Record |
| | 3/20/2017 | Unknown | Unknown | Check Copy |
| | 3/14/2017 | Unknown | Unknown | Check Copies |
| | 11/21/2016 | Unknown | Unknown | Bank Account Agreement |
| | 11/21/2016 | Unknown | Unknown | Bank Account Agreement |
| | 11/21/2016 | Unknown | Unknown | Bank Account Agreement |
| | 11/21/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Property record and receipt |
| | 12/15/2016 | Raymond J. Kuk | Special Agent Kevin Whitaker, BATFE | Lab report |

| Description of Contents | Privilege | Bates | |
|---|---|---|---|
| Area of origin of fire and type | Law Enforcement Investigatory | IDHS000010 | |
| DOB | Personal Information | IDHS000014 | |
| DOB and SSN | Personal Information | IDHS000016 | |
| DOB | Personal Information | IDHS000017 | |
| DOB and SSN | Personal Information | IDHS000018 | |
| DOB | Personal Information | IDHS000020 | |
| DOB and SSN | Personal Information | IDHS000021 | |
| DLN | Personal Information | IDHS000022 | |
| DOB | Personal Information | IDHS000027 | |
| DOB | Personal Information | IDHS000028 | |
| DOB | Personal Information | IDHS000029 | |
| DOB and SSN | Personal Information | IDHS000030 | |
| Photograph of one of the locations of the origin of the fire | Law Enforcement Investigatory | IDHS000036 | |
| Photograph of origin are cleaned up | Law Enforcement Investigatory | IDHS000037 | |

| | | | |
|---|---|---|---|
| Photograph of back of house | Law Enforcement Investigatory | IDHS000038 | |
| Photograph of are leading to back of house | Law Enforcement Investigatory | IDHS000039 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000040 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000041 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000042 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000043 | |
| Photograph inside home related to fire patterns | Law Enforcement Investigatory | IDHS000044 | |
| Photograph inside home related to fire patterns | Law Enforcement Investigatory | IDHS000045 | |
| Photograph inside home related to fire patterns | Law Enforcement Investigatory | IDHS000046 | |
| Photograph inside home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000047 | |
| Photograph inside of home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000048 | |
| Photograph inside of home of evidence related to start of fire | Law Enforcement Investigatory | IDHS000049 | |
| Documentation of description of evidence collected | Law Enforcement Investigatory | IDHS000058 | |
| diagram of home with origin of fire | Law Enforcement Investigatory | IDHS000073 | |

| | | | |
|---|---|---|---|
| DOB and information related to evidence of origin of fire | Law Enforcement Investigatory | IDHS000076 | |
| Information related to origin of fire | Law Enforcement Investigatory | IDHS000077 | |
| Information related to origin of fire, patterns and items used to start fire | Law Enforcement Investigatory | IDHS000078 | |
| Information related to origin of fire, and items used to start fire | Law Enforcement Investigatory | IDHS000079 | |
| Information related to K-9 alerting of origin of fire, and evidence collected | Law Enforcement Investigatory | IDHS000080 | |
| Witness statement regarding origin of fire and related evidence | Law Enforcement Investigatory | IDHS000082 | |
| Information regarding unrelated criminal investigation; information regarding search of property and evidence collection | Law Enforcement Investigatory | IDHS000083 | |
| Information and search regarding unrelated criminal investigation; debriefing about investigation updates | Law Enforcement Investigatory | IDHS000084 | |
| Witness statement regarding potential suspects; information about evidence results | Law Enforcement Investigatory | IDHS000086 | |
| Discussion about potential suspects and lab results of evidence; discussion of potential suspects and motives | Law Enforcement Investigatory | IDHS000087 | |
| Information from individuals regarding potential suspects and motive | Law Enforcement Investigatory | IDHS0000088 | |
| Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS000090 | |
| Witness statements regarding potential suspects and motives; name of minor | Law Enforcement Investigatory | IDHS000091 | |

| | | |
|---|---|---|
| Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS000092 |
| Discussion with other agencies regarding agency reports about unrelated criminal investigations | Law Enforcement Investigatory | IDHS000093 |
| Documentation of description of evidence collected | Law Enforcement Investigatory | IDHS000110 |
| Documentation of description of evidence collected | Law Enforcement Investigatory | IDHS000112 |
| Lab report of evidence collected | Law Enforcement Investigatory | IDHS000113 |
| Information regarding origin of fire | Law Enforcement Investigatory | IDHS000154 |
| Potential suspect name | Law Enforcement Investigatory | IDHS000159 |
| Information regarding potential suspect and motive | Law Enforcement Investigatory | IDHS000162 |
| personal identifying information of individuals; information regarding suspect's alias | Law Enforcement Investigatory and Per | IDHS000165 |
| diagram of home with information related to origin of fire | Law Enforcement Investigatory | IDHS000166 |
| Diagram with information related to origin of fire | Law Enforcement Investigatory | IDHS000167 |
| Personal identifying information of individuals | Personal Information | IDHS000169 |
| Social security numbers of individuals | Personal Information | IDHS000170 |
| Prescription numbers of medications | Personal Information | IDHS000171 |

| | | | |
|---|---|---|---|
| Personal Identifying information of individuals | Personal Information | IDHS000172 | |
| Notes regarding area of origin of fire | Law Enforcement Investigatory | IDHS000174 | |
| Notes regarding area of origin of fire | Law Enforcement Investigatory | IDHS000175 | |
| Information regarding unrelated ongoing criminal investigation | Law Enforcement Investigatory | IDHS000177 | |
| Information regarding unrelated ongoing criminal investigation | Law Enforcement Investigatory | IDHS000178 | |
| Minor information; information related to potential suspects and evidence use to start fire | Law Enforcement Investigatory | IDHS000179 | |
| Observations of origin of fire | Law Enforcement Investigatory | IDHS000187 | |
| DOB | Personal Information | IDHS000189 | |
| Statement about potential motive | Law Enforcement Investigatory | IDHS000192 | |
| Notes about potential suspects | Law Enforcement Investigatory | IDHS000193 | |
| DOB | Personal Information | IDHS000194 | |
| Information regarding evidence located in house | Law Enforcement Investigatory | IDHS000198 | |
| Information of potential suspects, motives; personal identifying information of individual | Law Enforcement Investigatory | IDHS000201 | |
| Information of potential suspects, evidence; information regarding ongoing unrelated criminal investigation | Law Enforcement Investigatory | IDHS000202 | |

| | | | |
|---|---|---|---|
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000221 | |
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000234 | |
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000250 | |
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000285 | |
| Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000291 | |
| Personal identifying information of individual | Personal Information | IDHS000299 | |
| Bank Account number | Personal Information | IDHS000310 | |
| Bank Account number | Personal Information | IDHS000312 | |
| Personal identifying information of individuals | Personal Information | IDHS000313 | |
| Personal identifying information of individuals | Personal Information | IDHS000314 | |
| Personal identifying information of individuals | Personal Information | IDHS000315 | |
| Documentation of description of evidence collected | Law Enforcement Investigatory | IDHS000321 | |
| Lab report of evidence collected | Law Enforcement Investigatory | IDHS000324 | |