| Date | Author(s) | Receipient(s) | Nature of Document | Description of Contents | Privilege | Bates |
|---|---|---|---|---|---|---|
| 5/30/2017 | Gregg Edwards | ISP | Narrative of case | Information identifying potential suspects | Law Enforcement Investigatory | ISP0000031 |
| 6/1/2017 | Gregg Edwards | ISP | Narrative of case | Information identifying potential suspects | Law Enforcement Investigatory | ISP0000033 |
| 6/5/2017 | Gregg Edwards | ISP | Narrative of case | Information identifying potential suspects, potential motives and summary of interview | Law Enforcement Investigatory | ISP0000035 |
| 6/5/2017 | Gregg Edwards | ISP | Narrative of case | Information identifying potential suspects, potential motives and summary of interview | Law Enforcement Investigatory | ISP0000036 |
| 6/7/2017 | Gregg Edwards | ISP | Narrative of case | Information identifying potential suspects | Law Enforcement Investigatory | ISP0000037 |
| 6/7/2017 | Gregg Edwards | ISP | Narrative of case | Interview summary identifying potential motives and potential suspects | Law Enforcement Investigatory | ISP0000040 |
| 6/7/2017 | Gregg Edwards | ISP | Narrative of case | Interview summary identifying potential motives and potential suspects | Law Enforcement Investigatory | ISP0000041 |
| 6/7/2017 | Gregg Edwards | ISP | Narrative of case | Interview summary identifying potential motives and potential suspects | Law Enforcement Investigatory | ISP0000042 |
| 1/8/2018 | Ben Rector | ISP | Polygraph Results | Polygraph results of potential suspect | Law Enforcement Investigatory | ISP0000056 |
| 2/14/2018 | P. Ault | ISP | Polygraph Report | Report identifying potential suspect | Law Enforcement Investigatory | ISP0000061 |
| 1/27/2017 | Gregg Edwards | ISP | Property Record and Receipt | record identiying potential suspect | Law Enforcement Investigatory | ISP0000105 |
| 1/17/2018 | Alan Vafides | ISP | Polygraph Examination Report | Polygraph results of potential suspect | Law Enforcement Investigatory | ISP0000154 |
| 1/17/2018 | Alan Vafides | ISP | Polygraph Examination Report | Polygraph results of potential suspect | Law Enforcement Investigatory | ISP0000155 |
| 1/17/2018 | Alan Vafides | ISP | Empirical Scoring Sheet | Analytics of polograph of potential suspect | Law Enforcement Investigatory | ISP0000156 |
| 1/17/2018 | Alan Vafides | ISP | Polygraph Consent and Release form | Consent and release form for polygraph identifying potential suspect | Law Enforcement Investigatory | ISP0000157 |
| 1/17/2018 | Okaloosa County Sheriff | ISP | Map | Map of potential motives and causes of fire in arson cases | Law Enforcement Investigatory | ISP0000158 |
| 1/17/2018 | Alan Vafides | ISP | Polygraph Examination Report | Polygraph results of potential suspect | Law Enforcement Investigatory | ISP0000159 |
| 1/17/2018 | Alan Vafides | ISP | Polygraph Examination Report | Polygraph results of potential suspect | Law Enforcement Investigatory | ISP0000160 |
| 1/17/2018 | Alan Vafides | ISP | Empirical Scoring Sheet | Analytics of polograph of potential suspect | Law Enforcement Investigatory | ISP0000161 |
| 1/17/2018 | Alan Vafides | ISP | Polygraph Consent and Release form | Consent and release form for polygraph identifying potential suspect | Law Enforcement Investigatory | ISP0000162 |
| 1/17/2018 | Okaloosa County Sheriff | ISP | Map | Map of potential motives and causes of fire in arson cases | Law Enforcement Investigatory | ISP0000163 |

**Exhibit G**

| Date | Name | Agency | Document | Description | Category | Bates |
|---|---|---|---|---|---|---|
| 2/19/2018 | Ben Rector | ISP | Property Record and Receipt | record identiying potential suspect | Law Enforcement Investigatory | ISP0000230 |
| 2/13/2018 | Ben Rector | ISP | Summary of cases and | Information related to suspected individuals | Law Enforcement Investigatory | ISP0000256 |
| 2/13/2018 | Stephanie Thompson | ISP | Polygraph summary a | Information related to suspected individuals and information related to the origin of fire | Law Enforcement Investigatory | ISP0000257 |
| 2/13/2018 | Stephanie Thompson | ISP | Analysis of Polygraph | Summary of Polygraph de | Law Enforcement Investigatory | ISP0000258 |
| 2/14/2018 | Brock Russell | ISP | Summary of cases and | Names of suspected individual and information related to the origin of fire | Law Enforcement Investigatory | ISP0000259 |
| 2/14/2018 | Stephanie Thompson | ISP | Summary of Polygraph | Names of suspected individual and information related to the origin of fire | Law Enforcement Investigatory | ISP0000260 |
| 2/14/2018 | Stephanie Thompson | ISP | Analysis of Polygraph | Summary of Polygraph de | Law Enforcement Investigatory | ISP0000261 |
| 2/15/2018 | Ben Rector | ISP | Summary of case and i | Information related to suspected individuals | Law Enforcement Investigatory | ISP0000262 |
| 2/15/2018 | Stephanie Thompson | ISP | Summary of Polygraph | Information related to sus | Law Enforcement Investigatory | ISP0000263 |
| 2/15/2018 | Stephanie Thompson | ISP | Analysis of Polygraph | Information related to sus | Law Enforcement Investigatory | ISP0000264 |
| 2/20/2018 | Ben Rector | ISP | Summary case of intro | Information related to sus | Law Enforcement Investigatory | ISP0000265 |
| 2/20/2018 | Ben Rector | ISP | Summary of case and i | Information related to sus | Law Enforcement Investigatory | ISP0000266 |
| 2/20/2018 | Stephanie Thompson | ISP | Summary of Polygraph | Information related to suspected individuals and information related to the origin of fire | Law Enforcement Investigatory | ISP0000267 |
| 2/20/2018 | Stephanie Thompson | ISP | Analysis of Polygraph | Information related to sus | Law Enforcement Investigatory | ISP0000268 |
| 2/28/2018 | Brock Russell | ISP | Summary of cases and | Information related to sus | Law Enforcement Investigatory | ISP0000269 |
| 2/28/2018 | Matthew Collins | ISP | Summary of Polygraph | Information related to suspected individuals and information related to the origin of fire | Law Enforcement Investigatory | ISP0000270 |
| 2/28/2018 | Matthew Collins | ISP | Analysis of Polygraph | Information related to sus | Law Enforcement Investigatory | ISP0000271 |
| 3/5/2018 | Ben Rector | ISP | Summary of case and i | Information related to identity of suspected individuals | Law Enforcement Investigatory | ISP0000272 |
| 3/5/2018 | Stephanie Thompson | ISP | Summary and Analsysi | Information related to identity of suspected individuals | Law Enforcement Investigatory | ISP0000273 |
| 3/5/2018 | Stephanie Thompson | ISP | Analysis of Polygraph | Information related to identity of suspected individuals | Law Enforcement Investigatory | ISP0000274 |

| Date | Name | Agency | Description | Information | Category | Bates |
|---|---|---|---|---|---|---|
| 1/30/2019 | Ben Rector | ISP | Summary of cases and | Information related to identity of suspected individuals | Law Enforcement Investigatory | ISP0000275 |
| 1/30/2019 | Stephanie Thompson | ISP | Summary and Analsysi | Information related to suspected individuals and information related to the origin of fire | Law Enforcement Investigatory | ISP0000276 |