| Date | Author(s) | Recipient(s) | Nature of Document | Description of Contents | Privilege | Bates |
|---|---|---|---|---|---|---|
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS000014 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS000016 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS000017 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS000018 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS000020 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS000021 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DLN | Personal Information | IDHS000022 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS000027 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS000028 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS000029 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS000030 |
| 1/3/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statement regarding potential suspects; information about evidence results | Law Enforcement Investigatory | IDHS000086 |
| 3/30/2017; 3/31/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS000090 |
| 3/31/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives; name of minor | Law Enforcement Investigatory | IDHS000091 |
| 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS000092 |
| 11/21/2016 | Dennis Randle | Indiana State Fire Marshal Investigation Division | Case Summary | Personal identifying information of individual | Law Enforcement Investigatory | IDHS000155 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Potential suspect name | Law Enforcement Investigatory | IDHS000159 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Information regarding potential suspect and motive | Law Enforcement Investigatory | IDHS000162 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Personal identifying information of individual | Personal Information | IDHS0000164 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | personal identifying information of individuals; | Personal Information | IDHS000165 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Personal identifying information of individuals | Personal Information | IDHS000169 |

# Exhibit H

| | | | | | | |
|---|---|---|---|---|---|---|
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Social security numbers of individuals | Personal Information | IDHS000170 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Prescription numbers of medications | Personal Information | IDHS000171 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Personal Identifying information of individuals | Personal Information | IDHS000172 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Information regarding unrelated ongoing criminal investigation | Law Enforcement Investigatory | IDHS000177 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Minor information; information related to potential suspects | Law Enforcement Investigatory | IDHS000179 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | DOB | Personal Information | IDHS000189 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Notes about potential suspects | Law Enforcement Investigatory | IDHS000193 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | DOB | Personal Information | IDHS000194 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Information of potential suspects, motives; personal identifying information of individual | Law Enforcement Investigatory | IDHS000201 |
| | | Indiana State Fire Marshal Investigation Division | Investigator Field Handwritten Notes | Information of potential suspects | Law Enforcement Investigatory | IDHS000202 |
| 11/21/2016 | Allen Shelby | Unknown | Sign-in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000221 |
| 11/21/2016 | Kevin Sommers | Unknown | Sign-in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000234 |
| 11/21/2016 | Chris Fisher | Unknown | Sign-in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000250 |
| 11/21/2016 | Phil Cable | Unknown | Sign-in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000285 |
| 11/21/2016 | Chris Fisher | Unknown | Sign-in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS000291 |
| Unknown | BMV | Unknown | Official Image Record | Personal identifying information of individual | Personal Information | IDHS000299 |
| 3/20/2017 | Unknown | Unknown | Check Copy | Bank Account number | Personal Information | IDHS000310 |
| 3/14/2017 | Unknown | Unknown | Check Copies | Bank Account number | Personal Information | IDHS000312 |
| 11/21/2016 | Unknown | Unknown | Bank Account Agreement | Personal identifying information of individuals | Personal Information | IDHS000313 |
| 11/21/2016 | Unknown | Unknown | Bank Account Agreement | Personal identifying information of individuals | Personal Information | IDHS000314 |
| 11/21/2016 | Unknown | Unknown | Bank Account Agreement | Personal identifying information of individuals | Personal Information | IDHS000315 |
| 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph | Social Security Number of Individual | Personal Information | IDHS0000642 |
| 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph | Social Security Number of Individual | Personal Information | IDHS0000643 |
| 11/21/2016 | Unknown | Indiana State Fire Marshal Investigation Division | Photograph | Social Security Number of Individual | Personal Information | IDHS0000649 |

| Date | Author | Source | Type | Info | Category | Bates |
|---|---|---|---|---|---|---|
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS000795 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS0000797 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000798 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS0000799 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000801 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS0000802 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DLN | Personal Information | IDHS0000803 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000808 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000809 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000810 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS0000811 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative | DOB | Personal Information | IDHS0000857 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000879 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS0000881 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000882 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS0000883 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000885 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS0000886 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DLN | Personal Information | IDHS0000887 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000892 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000893 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB | Personal Information | IDHS0000894 |
| Aug-16 | Unknown | Indiana State Fire Marshal Investigation Division | Investigative report | DOB and SSN | Personal Information | IDHS0000895 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative | DOB | Law Enforcement Investigatory | IDHS0000941 |

| Date | Author | Source | Document Type | Description | Category | Bates |
|---|---|---|---|---|---|---|
| 3/30/2017; 3/31/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS0000955 |
| 3/31/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives; name of minor | Law Enforcement Investigatory | IDHS0000956 |
| 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS0000957 |
| 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Discussion with other agencies regarding agency reports about unrelated criminal investigations | Law Enforcement Investigatory | IDHS0000958 |
| 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS000987 |
| 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS0000988 |
| 4/10/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Discussion with other agencies regarding agency reports about unrelated criminal investigations | Law Enforcement Investigatory | IDHS0000989 |
| 1/3/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statement regarding potential suspects; information about evidence results | Law Enforcement Investigatory | IDHS0000998 |
| 3/30/2017; 3/31/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS0001013 |
| 3/30/2017; 3/31/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | Witness statements regarding potential suspects and motives | Law Enforcement Investigatory | IDHS0001014 |
| 3/31/2017 | Timothy Murray | Indiana State Fire Marshal Investigation Division | Investigative narrative | name of minor | Personal Information | IDHS0001015 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Investigative narrative | DOB | Personal Information | IDHS0001028 |
| Unknown | Dennis Randle | Indiana State Fire Marshal Investigation Division | Report of Fire Investigation | DOB and SSN | Personal Information | IDHS00001038 |
| Unknown | Unknown | Unknown | Carrier Sign in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS0001082 |
| Unknown | Unknown | Unknown | Carrier Sign in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS0001088 |
| Unknown | Unknown | Unknown | Carrier Sign in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS0001092 |
| Unknown | Unknown | Unknown | Carrier Sign in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS0001104 |
| Unknown | Unknown | Unknown | Carrier Sign in Sheet | Sign-in Sheet with personal identifying information of individual | Personal Information | IDHS0001135 |
| Unknown | United States Immigration and Customs Enforcement | Unknown | Bond | Address and Alien Number | Personal Information | IDHS0001254 |
| 3/31/2017 | Unknown | Indiana State Fire Marshal Investigation Division | Audio Clip of Misty Henry Interview | Information regarding start of fire and potential suspects | Law Enforcement Investigatory | IDHS0001318 |