UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GAYLIN ROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BIRCH TREE HOLDINGS, LLC, | ) |
| JOSHUA AYRES, | ) Case No. 2:18-cv-00197-JTM-JEM |
| TROY HELDERMAN, | ) |
| DAMIEN DAVIS, | ) |
| JERREL C. MCDONALD, SR., | ) |
| DANIEL TRAVIS, | ) |
| STACEY PHILLIPS, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT JOSHUA AYRES MOTION TO COMPEL INDIANA STATE POLICE AND STATE FIRE MARSHAL TO RESPOND TO NON-PARTY REQUESTS FOR PRODUCTION

Defendant Joshua Ayres filed his Motion to Compel against Indiana State Fire Marshal and Indiana State Police. The Court, being duly advised finds that the Motion to Compel should be and is granted.

It is, therefore, ordered that the Fire Marshal and Indiana State Police shall respond, in full, to the Subpoenas to Produce Documents and corresponding Requests for Production of Documents within 14 days of the date of this order.

It is further ordered that on _____, the Court shall conduct a hearing regarding Defendant Joshua Ayres' requests for the Fire Marsal and Indiana State Police to pay his expenses, including attorney fees,

incurred in connection with the Subpoenas to Produce Documents and the Motion to Compel.

Date_____              _____
                                    Judge, United States District Court
                                    Northern District of Indiana

Distribution to counsel and parties of record and to:

> Parvinder K. Nijjar
> Deputy Attorney General
> Administrative and Regulatory Enforcement Litigation
> Office of Attorney General Curtis Hill
> 302 W. Washington Street
> IGCS - 5th Floor
> Indianapolis, IN 46204
> p: 317-234-2339
> f: 317-232-7979
> Parvinder.Nijjar@atg.in.gov