UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GAYLIN ROSE, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BIRCH TREE HOLDINGS, LLC, | ) |
| JOSHUA AYRES, | ) Case No. 2:18-cv-00197-JTM |
| TROY HELDERMAN, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT JOSHUA AYRES' APPENDIX TO
### BRIEF IN SUPPORT OF MOTION FOR SUMMMARY JUDGMENT
### OR ALTERNATIVELY FOR PARTIA SUMMARY JUDGMENT

Defendant Joshua Ayres submits this Appendix to his Brief in Support of his Motion for Summary Judgment or Alternatively for Partial Summary Judgment. This Appendix identifies and contains the evidentiary materials that Ayres relies on and cites to in his Brief in Support of his Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| A | Declaration of Joshua Ayres, including Exhibits A-1 and A-2 |
| B | Portions of the deposition transcript of Gaylin Rose |
| C | Portions of the deposition transcript of Michael Vergon |
| D | Defendants' Disclosure of Expert Testimony |
| E | Declaration of Todd Hetrick, including Exhibit E-1 |

Defendant Joshua Ayres also designates portions of the record of this case that he relies on and cites to in Support of his Motion for Summary Judgment.

Respectfully submitted,

*/s/ Ian Goodman*

Jonathan Bont
Ian Goodman
Paganelli Law Group
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
317.550.1855
jon@paganelligroup.com
ian@paganelligroup.com

*Counsel for Defendant Joshua Ayres*

## CERTIFICATE OF SERVICE

I certify that on February 14, 2022, the foregoing document was served via email to counsel of record.

*/s/ Ian P. Goodman*
Ian P. Goodman