# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

GAYLIN ROSE,                          )
    Plaintiff(s),                    )
v.                                    )    CASE NO: 2:18-cv-00197-JTM-JEM
BIRCH TREE HOLDINGS, LLC,             )
JOSHUA AYRES, and TROY                )
HELDERMAN,                            )
    Defendant(s).                    )

## PLAINTIFFS' DESIGNATION OF EVIDENCE IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Gaylin Rose, by counsel, pursuant to Fed. R. Civ. P. 56(C) and N.D. Ind. L.R.

56-1, designates the following evidence in support of her motion for partial summary judgment:

1. Defendant Birchtree Holdings, LLC's Responses to Request for Admission
2. Defendant Joshua Ayres' Responses to Request for Admission
3. Defendant Troy Helderman's Responses to Request for Admission
4. Exhibit 1 to all Defendants' Request for Admission - IC 22-11-18
5. Exhibit 2 to all Defendants' Request for Admission - IC 32-31-8
6. Exhibit 3 to all Defendants' Request for Admission - IC 32-31-5
7. Exhibit 4 to all Defendants' Request for Admission - 675 IAC 14
8. Exhibit 5 to all Defendants' Request for Admission - Death Certificate Keyana L. Davis
9. Exhibit 6 to all Defendants' Request for Admission - Death Certificate Keyara J. Phillips
10. Exhibit 7 to all Defendants' Request for Admission - Death Certificate Kionnie P. Welch
11. Exhibit 8 to all Defendants' Request for Admission - Death Certificate Kerrille D. McDonald
12. Exhibit 9 to all Defendants' Request for Admission - Lease
13. Defendant's Expert Deposition - Todd Hetrick
14. Defendant's Expert Deposition – Jeff Tipton
15. Defendant Birchtree Holdings, LLC's Responses to Interrogatories
16. Coroner's Report
17. Autopsy Report
18. Redacted Excerpt from Richard Fairbanks Burn Center
19. Defendants' Initial 26(a)(1) Disclosures
20. Defendants' Expert Disclosure
21. Excerpt from Flora Fire Department Report
22. Redacted Excerpt from State Fire Marshall Report (the full nonparty response is subject to the Stipulated Protective Order at Filing No. 122.]

23. Redacted Excerpt from State Police Report (the full nonparty response is subject to the Stipulated Protective Order at Filing No. 122.]

Respectfully Submitted,

/s/ Faith E. Alvarez_____
Faith E. Alvarez #32497-49

Nathaniel Lee, Esq.
Faith E. Alvarez, Esq.
LEE, COSSELL & CROWLEY
151 N. Delaware Street, Ste. 1500
Indianapolis, Indiana 46204
Phone: (317) 631-5151
Fax: (317) 624-4561
nlee@nleelaw.com
falvarez@nleelaw.com
Attorneys for Plaintiff