**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| GAYLIN ROSE,<br>    Plaintiff,<br><br>vs.<br><br>BIRCH TREE HOLDINGS, LLC, JOSHUA AYRES, and TROY HELDERMAN,<br>    Defendants. | CASE NO: 2:18-cv-00197-JTM-JEM |

**PLAITIFFS' REPLY TO DEFEDANTS' RESPONSE TO HER MOTION TO STRIKE BIRCHTREE'S UNTIMELY SECOND MOTION FOR SUMMARY JUDGMENT**

**A. It looks, talks, and walks like a motion for summary judgment.**

Birchtree argues that its cross-motion for summary judgment [DE 190] should be interpreted as a response—except Birchtree already filed a response [DE 189]. Birchtree's filing at issue was filed as a "motion," titled a "Cross-Motion for Summary Judgment," and it purports to be filed "pursuant to Federal Rule of Civil Procedure 56." [DE 190.] It seeks independent relief and designates 17 items of evidence. [DE 190-1 to 190-17.]

It is not Birchtree's second response. It is a second motion for summary judgment, filed without leave, 58 days after the dispositive motion deadline. And even if it were interpreted as a second response, it would exceed the allowable page limits to Birchtree's response brief.

**B. A fifth summary judgment motion on the same issues is unnecessary**

Birchtree contends its second motion for summary judgment is appropriate because it does not raise any new issues. However, this is the rationale for striking it. It is unnecessary, centering on Rose's reliance on a statute to identify the appropriate standard of behavior for her negligence *per se* claim. This can be addressed in the other four pending ripe summary judgment motions.

### C. Rule 56(F) does not permit new motions for summary judgment

The reliance on Rule 56(F) to justify a second untimely motion for summary judgment without leave is inappropriate. That rule addresses the Court's ruling in favor of the nonmovant and against the movant. Therefore, it is inapplicable here.

        Respectfully Submitted,

        /s/ Faith E. Alvarez
        Faith E. Alvarez #32497-49

Nathaniel Lee, Esq.
Faith E. Alvarez, Esq.
LEE, COSSELL & CROWLEY
151 N. Delaware Street, Ste. 1500
Indianapolis, Indiana 46204
Phone: (317) 631-5151
Fax: (317) 624-4561
nlee@nleelaw.com
falvarez@nleelaw.com
Attorneys for Plaintiffs