UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| GAYLIN ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:18CV197-PPS |
| | ) | |
| BIRCH TREE HOLDINGS, LLC, | ) | |
| JOSHUA AYRES, and TROY HELDERMAN, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

TO WHOM IT MAY CONCERN:

All parties have this day appeared before me by counsel, and all have confirmed that they have no need for the continued preservation of the property at 103 E. Columbia Street, Flora, Indiana, where the fire occurred that gives rise to this action. Neither the parties nor this court have any objection to the razing of the damaged property.

**SO ORDERED**.

ENTERED: August 16, 2023.

                                                /s/ Philip P. Simon
                                              PHILIP P. SIMON, JUDGE
                                              UNITED STATES DISTRICT COURT